UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DANIEL O. CONWILL, IV**                                                   **CIVIL ACTION**

**VERSUS**                                                                          **No. 09-4365**

**GREENBERG TRAURIG, L.L.P., ET AL.**                             **SECTION I**

## JUDGMENT

Considering the record, the Court's order granting summary judgment in favor of defendants and dismissing plaintiff's claims, and the law, for the reasons assigned,

**IT IS ORDERED** that plaintiff's civil RICO claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's state law claims for legal malpractice, fraud, conspiracy to commit fraud, and breach of contract are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's remaining state law claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, March 21, 2011

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**